**Motion Granted; Brief Stricken; and Order filed May 11, 2016**



In The

# Fourteenth Court of Appeals

_____

NO.  14-15-01088-CV
_____

**VERTICAL NORTH AMERICA, INC. NKA RAIZEN NORTH AMERICA, INC., Appellant**

**V.**

**VOPAK TERMINAL DEER PARK, INC., Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-33666**

## ORDER

Appellee's motion to strike portions of appellant's brief and appendix is **GRANTED**. Appellant's brief, filed April 21, 2016, is **STRICKEN.** Appellant is ordered to file an amended brief that does not contain or cite to the contents of the documents attached as Tab C to the April 21 brief by **May 31, 2016**.

Appellee's brief will be due 30 days after appellant's amended brief is filed.

PER CURIAM